BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SYNAMEDIA AMERICAS LLC,

Plaintiff,

v.

DIRECTV, LLC,

Defendant.

---

DIRECTV, LLC,

Counterclaimant,

v.

SYNAMEDIA AMERICAS LLC,

Counterdefendant.

Case No.: CV 24-4967-GW-MAAx

**ORDER GRANTING JOINT STIPULATION RE SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND ADJUSTMENT TO POST-TRIAL SCHEDULE**

Judge: Honorable George H. Wu
Ctrm: 9D, 9th Floor

Action Filed: June 12, 2024

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# ORDER

Before the Court is the Parties' Joint Stipulation re Settlement Conference Before a Magistrate Judge and Adjustment to Post-Trial Schedule ("Stipulation"). The Court hereby **GRANTS** the Stipulation, and **ORDERS** that:

1. This matter is formally referred to the Honorable Magistrate Judge A. Joel Richlin for the purpose of conducting a settlement conference pursuant to Local Rule 16-15.4 (ADR Procedure No. 1).

2. The confidentiality provisions of Local Rule 16-15.8 shall apply to this settlement conference before a Magistrate Judge.

3. Counsel for the Parties are directed to contact the clerk for Magistrate Judge Richlin within 6 days of the entry of this Order to coordinate scheduling.

4. The Parties' post-trial briefing deadline is continued from July 24, 2026 to August 21, 2026.

5. The post-trial hearing date of August 20, 2026 is vacated and rescheduled for September 17, 2026 at 8:30 am.

**IT IS SO ORDERED.**

Dated: June 12, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE